IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID SCOTT GAFFORD, <br> # 203620, <br>     Plaintiff, <br> v. <br> COMMISSIONER J. DUNN, *et al.*, <br>     Defendants. | CASE NO. 2:15-CV-524-WKW <br> [WO] |

## **ORDER**

On July 27, 2015, the Magistrate Judge entered a Recommendation to which Plaintiff filed a timely objection. (Docs. # 4, 5.) The court has conducted an independent and *de novo* review of those portions of the Recommendation to which objection is made. *See* 28 U.S.C. § 636(b). Plaintiff's objections fail to undermine the well-established principles recited and applied in the Recommendation. Accordingly, it is ORDERED as follows:

1. Plaintiff's objection (Doc. # 5) is OVERRULED.

2. The Recommendation (Doc. # 4) is ADOPTED.

3. This action is DISMISSED with prejudice prior to service of process in accordance with the directives of 28 U.S.C. § 1915(e)(2)(B)(ii).

A final judgment will be entered separately.

DONE this 18th day of August, 2015.

                                      /s/ W. Keith Watkins
                            CHIEF UNITED STATES DISTRICT JUDGE